B 2100A(Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In re   Linda K Hopple                        Case No.   1:19-bk-01486-HWV

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II | Wells Fargo USA Holdings, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Fay Servicing, LLC**
**Bankruptcy Department**
**PO Box 814609**
**Dallas, TX 75381-4609**

Court Claim # (if known):   5-2
Amount of Claim:   $93,185.55
Date Claim Filed:   August 20, 2019

Phone:   800-495-7166
Last Four Digits of Acct #   5340

Phone:   800-274-7025
Last Four Digits of Acct #   8798

Name and Address where transferee payments should be sent (if different from above):
**Fay Servicing, LLC**
**Bankruptcy Department**
**PO Box 814609**
**Dallas, TX 75381-4609**

Phone:   800-495-7166
Last Four Digits of Acct #:   5340

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Maria Tsagaris                         Date:   8/23/2021
    Authorized Agent for Transferee

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

| | | |
|---|---|---|
| In Re:<br>Linda K Hopple | Bankruptcy Case No.: | 1:19-bk-01486-HWV |
| | Chapter: | 13 |
| | Judge: | Henry W. Van Eck |

CERTIFICATE OF SERVICE

I, Maria Tsagaris, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer Of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Linda K Hopple
902 Lakewood Drive
Harrisburg, PA 17109

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan MN 55121-7700

Gary J Imblum                               (*served via ECF Notification*)
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

Jack N Zaharopoulos (Trustee)               (*served via ECF Notification*)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  8/23/2021          By:  */s/Maria Tsagaris*
                    (date)           Maria Tsagaris
                                     Authorized Agent for Transferee