IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| LINDA K. HOPPLE | : | CASE NO. 1:19-bk-01486-HWV |
| Debtor | : | |
| | : | CHAPTER 13 |
| U.S. BANK TRUST NATIONAL | : | |
| ASSOCIATION, NOT IN ITS | : | |
| INDIVIDUAL CAPACITY, BUT | : | |
| SOLELY AS TRUSTEE OF LSRMF MH | : | |
| MASTER PARTICIPATION TRUST II | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| LINDA K. HOPPLE | : | |
| Respondent | : | |

### DEBTOR'S RESPONSE TO MOTION OF
### U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
### CAPACITY, BUT SOLELY AS TRUSTEE OF LSRMF MH
### MASTER PARTICIPATION TRUST II
### FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Debtor, Linda K. Hopple, by and through her attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted in part and denied in part. Debtor has no knowledge. Strict proof is demanded.

2. Admitted.

3. Admitted.

4. Admitted in part and denied in part. Debtor has no knowledge as to the holder of the mortgage. Strict proof is demanded.

5. Admitted.

6. Admitted in part and denied in part. Debtor has no knowledge. Strict proof is demanded.

7. Admitted in part and denied in part. Debtor has no knowledge as to the amount of the arrearage. Debtor paid $1,000.00 on October 31, 2023 and $800.00 on November 10, 2023. Debtor will amend her Plan to cure the remaining amount of the arrearage.

8. Admitted in part and denied in part. Debtor has no knowledge. Strict proof is demanded.

9. Denied. At the time of the filing of the bankruptcy in 2019, the real estate was worth $99,000.00. At that time, approximately $93,000.00 was owed on the 1st mortgage. Property values have appreciated greatly in the last four plus (4+) years. Also, the mortgage has been paid down to some extent. Accordingly, Debtor believes and hereby avers that there is a significant equity cushion providing adequate protection to Movant. Further, Debtor will make an offer in the near future to bring the post-petition arrearage current.

10. Denied. Movant should assert any and all fees relating to this Motion at the hearing on this Motion.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

DATED: 11/21/23

Case 1:19-bk-01486-HWV    Doc 59    Filed 11/21/23    Entered 11/21/23 09:25:12    Desc
Main Document    Page 2 of 3

## CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTOR'S RESPONSE TO MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSRMF MH MASTER PARTICIPATION TRUST II FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

MICHAEL FARRINGTON, ESQUIRE
KML LAW GROUP, P.C.
COUNSEL FOR MOVANT
VIA E-SERVICE

                                            IMBLUM LAW OFFICE, P.C.

                                            *Carol V. Shay*

                                            Carol V. Shay, Paralegal
                                            4615 Derry Street
                                            Harrisburg, PA 17111
                                            (717) 238-5250
                                            Fax No. (717) 558-8990
                                            gary.imblum@imblumlaw.com
                                            For Debtor

DATED: 11/21/2023