UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LINDA K. HOPPLE : CHAPTER 13
     Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
 :
     vs. :
 :
LINDA K. HOPPLE :
     Respondent : CASE NO. 1-19-bk-01486

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 20th day of December, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. The plan is inconsistent with Proofs of Claims filed and/or approved by the Court. Amount that plan pays U.S. Bank on Claim #9 is inconsistent with the filed Proof of Claim.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                                  Respectfully submitted:

                                  Jack N. Zaharopoulos
                                  Standing Chapter 13 Trustee
                                  8125 Adams Drive, Suite A
                                  Hummelstown, PA 17036
                                  (717) 566-6097

            BY:    /s/Douglas R. Roeder
                      Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this   20th   day of December, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

            /s/Deborah A. DePalma
            Office of Jack N. Zaharopoulos
            Standing Chapter 13 Trustee