United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01486-HWV |
| Linda K Hopple | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Dec 20, 2023  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

**Recip ID      Recipient Name and Address**
+ Melvin E Hopple Jr, 902 Lakewood Drive, Harrisburg, PA 17109-5309

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

**Name**          **Email Address**

Gary J Imblum
    on behalf of Debtor 1 Linda K Hopple gary.imblum@imblumlaw.com
    gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Jerome B Blank
    on behalf of Creditor WELLS FARGO USA HOLDINGS  INC. pamb@fedphe.com

Joseph R. Baranko, Jr.
    on behalf of Creditor Lower Paxton Township Authority josephb@slusserlawfirm.com

Mario J. Hanyon
    on behalf of Creditor WELLS FARGO USA HOLDINGS  INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

| | |
|---|---|
| Michael Patrick Farrington | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Linda K. Hopple<br>　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II<br>　　　　　　Movant<br>　　vs.<br>Linda K. Hopple<br>　　　　　　Debtor(s)<br>Jack N. Zaharopoulos<br>　　　　　　Trustee | NO. 19-01486 HWV<br><br>11 U.S.C. Section 362 |

### ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 19, 2023