United States Bankruptcy Court

Middle District of Pennsylvania

| In re: | Case No. 19-01486-HWV |
|---|---|
| Linda K Hopple | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Melvin E. Hopple, Jr., 902 Lakewood Drive, Harrisburg, PA 17109-5309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2025            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Linda K Hopple gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jerome B Blank | on behalf of Creditor WELLS FARGO USA HOLDINGS INC. pamb@fedphe.com |
| Joseph R. Baranko, Jr. | on behalf of Creditor Lower Paxton Township Authority josephb@slusserlawfirm.com |

| | |
|---|---|
| Laura Egerman | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II laura.egerman@mccalla.com, legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO USA HOLDINGS  INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Linda K. Hopple <br>     Debtor(s) <br><br> U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II <br>     Movant <br> v. <br> Linda K. Hopple <br>     Debtor <br> Melvin E. Hopple, Jr. <br>     Co-Debtor <br><br> Jack N Zaharopoulos <br>     Trustee | Chapter 13 <br><br> Case No. 1:19-bk-01486 HWV <br><br> 11 U.S.C. Sections 362 and 1301 |

### ORDER

Upon consideration of the Certificate of Default filed by U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ("Movant"), Doc. 79, it is

**ORDERED** that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Code, is modified with respect to the subject premises located at 902 Lakewood Drive, Harrisburg, PA 17109 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property. The stay of this Order provided by Federal Rule of Bankruptcy Procedure 4001(a)(4) has been waived.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 17, 2025