UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: LINDA K HOPPLE

    Debtor(s)

JACK N. ZAHAROPOULOS　　　　　　　　　　　　CHAPTER 13
CHAPTER 13 TRUSTEE
    Movant

vs.

LINDA K HOPPLE
    　　　　　　　　　　　　　　　　　　　　　　CASE NO: 1-19-01486-HWV

    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on December 9, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: December 9, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/   Douglas R. Roeder, Esquire
　　　　　　　　　　　　　　　　　　　　　　ID:  80016
　　　　　　　　　　　　　　　　　　　　　　Attorney for Trustee
　　　　　　　　　　　　　　　　　　　　　　Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　email:  droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: LINDA K HOPPLE

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CHAPTER 13

Movant

vs.

LINDA K HOPPLE

CASE NO: 1-19-01486-HWV

Respondent(s)

### NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date: January 14, 2026
Time: 09:35 AM
      Sylvia H. Rambo United States Courthouse
      Bankruptcy Courtroom 4B, 4th Floor
      1501 North 6th Street
      Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH:** $ 400.00
   **AMOUNT DUE FOR THIS MONTH:** $400.00
   **TOTAL AMOUNT DUE BEFORE HEARING DATE:** $800.00

**NOTE:**
    **ALL** payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to**:**
        CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

| | |
|---|---|
| Dated: December 9, 2025 | /s/ Douglas R. Roeder, Esquire<br>ID: 80016<br>Attorney for Movant<br>Jack N. Zaharopoulos<br>Standing Chapter 13 Trustee<br>Suite A, 8125 Adams Drive<br>Hummelstown, PA 17036<br>Phone: (717) 566-6097<br>email: info@pamd13trustee.com |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   LINDA K HOPPLE

                                     Debtor(s)

JACK N. ZAHAROPOULOS                      CHAPTER 13
CHAPTER 13 TRUSTEE
               Movant
vs.
LINDA K HOPPLE
                                                                                  CASE NO: 1-19-01486-HWV
                       Respondent(s)

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on December 9, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA  17111-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

SERVED BY FIRST CLASS MAIL

LINDA K HOPPLE
902 LAKEWOOD DRIVE
HARRISBURG  PA   17109

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 9, 2025                                      /s/  Ashley Schott
                                                                                   Office of the Standing Chapter 13 Trustee
                                                                                   Jack N. Zaharopoulos
                                                                                   Suite A, 8125 Adams Dr.
                                                                                   Hummelstown, PA  17036
                                                                                   Phone:  (717) 566-6097
                                                                                   email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:     LINDA K HOPPLE

                CHAPTER 13

         Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
         Movant                 CASE NO: 1-19-01486-HWV

vs.

LINDA K HOPPLE

**ORDER DISMSSING CASE**

     Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.