United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 19-01486-HWV
Linda K Hopple                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                          Page 1 of 3
Date Rcvd: Jan 14, 2026                       Form ID: ordsmiss                        Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda K Hopple, 902 Lakewood Drive, Harrisburg, PA 17109-5309 |
| cr | + | Lower Paxton Township Authority, 425 Prince Street, Suite 139, Harrisburg, PA 17109-3053 |
| 5183815 | + | Law Offices of Hayt, Hayt & Landau, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 5183816 | + | Lower Paxton Township Authority, 425 Prince Street #139, Harrisburg, PA 17109-3053 |
| 5376326 | + | Mario Hanyon, Brock and Scott, PLLC, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5183818 | + | Modern Recovery Solutions, PO Box 500, Newmanstown, PA 17073-0500 |
| 5183821 | + | Suez Water, 8189 Adams Drive, Hummelstown, PA 17036-8625 |
| 5183825 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |
| 5183824 | + | Waste Management, PO Box 13577, Philadelphia, PA 19101-3577 |
| 5376327 | + | Wells Fargo USA Holdings, Mario Hanyon, Brock and Scott, PLLC, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 14 2026 23:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5190618 | | Email/Text: bankruptcy@cavps.com | Jan 14 2026 18:36:00 | CAVALRY SPV I LLC, PO BOX 4252, GREENWICH CT 06831-0405 |
| 5183811 | + | EDI: CAPITALONE.COM | Jan 14 2026 23:37:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5202490 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2026 18:46:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5183812 | + | EDI: WFNNB.COM | Jan 14 2026 23:40:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5183813 | + | Email/Text: dht@pacollections.com | Jan 14 2026 18:36:00 | Demetrios H. Tsarouhis, Esquire, 21 South 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 5183809 | | EDI: IRS.COM | Jan 14 2026 23:37:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5183814 | + | EDI: CAPITALONE.COM | Jan 14 2026 23:37:00 | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 5183817 | | Email/Text: bankruptcy@mermed.com | Jan 14 2026 18:36:00 | Merchants & Medical Credit Corp, 6324 Taylor Drive, Flint, MI 48507-4685 |
| 5195226 | | EDI: AGFINANCE.COM | Jan 14 2026 23:37:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5183819 | + | EDI: AGFINANCE.COM | Jan 14 2026 23:37:00 | OneMain Financial, Attn: Bankruptcy, 601 NW Second Street, Evansville, IN 47708-1013 |

| 5183810 | | EDI: PENNDEPTREV | Jan 14 2026 23:40:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
|---|---|---|---|---|
| 5183820 | ^ | MEBN | Jan 14 2026 18:36:21 | PPL, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5184557 | + | EDI: PRA.COM | Jan 14 2026 23:40:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5183822 | | Email/Text: bankruptcy@cavps.com | Jan 14 2026 18:36:00 | Synchrony Bank, c/o Cavalry Portfolio Services, PO Box 4252, Greenwich, CT 06831-0405 |
| 5589751 | ^ | MEBN | Jan 14 2026 18:36:20 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5183823 | | Email/Text: bkrcy@ugi.com | Jan 14 2026 18:36:00 | UGI, PO Box 13009, Reading, PA 19612 |
| 5189081 | | Email/Text: bkrcy@ugi.com | Jan 14 2026 18:36:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |
| 5183826 | | EDI: WFFC | Jan 14 2026 23:40:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 5206095 | + | EDI: WFHOME | Jan 14 2026 23:37:00 | Wells Fargo USA Holdings, Inc., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 5212257 | + | Email/Text: peritus@ebn.phinsolutions.com | Jan 14 2026 18:36:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 5183827 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 14 2026 18:36:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5431739 | | U.S. Bank Trust National Association, not, in its individual capacity, but, solely as, Trustee of LSRMF MH, Master Participation Trust II |
| 5431740 | | U.S. Bank Trust National Association, not, in its individual capacity, but, solely as, Trustee of LSRMF MH, Master Participation Trust II, U.S. Bank Trust National Association, no |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Linda K Hopple gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jerome B Blank | on behalf of Creditor WELLS FARGO USA HOLDINGS  INC. pamb@fedphe.com |
| Joseph R. Baranko, Jr. | on behalf of Creditor Lower Paxton Township Authority josephb@slusserlawfirm.com |
| Laura Egerman | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II laura.egerman@mccalla.com, legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO USA HOLDINGS  INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Linda K Hopple,                              Chapter        13

**Debtor 1**

Case No.        1:19−bk−01486−HWV

### <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  January 14, 2026

ordsmiss (05/18)